COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In the Matter of A.L.D.L.

Appellate case number: 01-15-00826-CV

Trial court case number: 14-FD-2183

Trial court: County Court at Law No. 1 of Galveston County

Proceeding *pro se*, appellant, P.D., filed a notice of appeal of the trial court's final judgment terminating her parental rights to her minor child. *See* TEX. R. APP. P. 26.1(b), 26.3, 28.4. The trial court clerk filed, on October 13, 2015, the clerk's record and, on December 9, 2015, a supplemental clerk's record on indigence. The court reporter filed the reporter's record on December 18, 2015. The Clerk of this Court received from appellant, on December 16, 2015, a *pro se* brief and, on December 30, 2015, a supplement to that brief. The Clerk of this Court is directed to file the brief and supplement as of the dates received.

**Appellee's brief, if any, is due within 20 days of the date of this order.** *See* **TEX. R. APP. P. 28.6(b).**

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of September 28, 2015, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
⊠ Acting individually

Date: January 7, 2016